11-mc-468

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                        :
In the Matter of                 :

Jordan Wynn Kapchan          :         M-2-238
166 East 34th Street            :
New York, NY 10016,          :         ORDER
                        :
             Respondent.    :
------------------------------------------------------X

**BEFORE THE COMMITTEE ON GRIEVANCES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**[1]

By Order dated May 31, 2011 of the Supreme Court of the State of New York (copy here attached), respondent Jordan Wynn Kapchan, a member of the bar of this Court, was suspended from the practice of law by the State of New York. Accordingly, unless respondent files under seal with the Sealed Records Clerk, by no later than July 7, 2011, a written response showing why reciprocal discipline should not be imposed pursuant to S.D.N.Y. Local Civil Rule 1.5(d)(1), it is hereby ordered that Jordan Wynn Kapchan be suspended from the practice of law in this Court, effective July 11, 2011. A courtesy copy of any submission must be mailed directly to the Honorable Jed S. Rakoff, Chair of the Committee on Grievances.

                                                     SO ORDERED.

                                                     JED S. RAKOFF
                                                     Chair, Committee on Grievances S.D.N.Y.

Dated:       New York, New York
                June 17, 2011

---

[1] The members of the Committee are District Judge Jed S. Rakoff, Chair; Chief Judge Loretta A. Preska; District Judges P. Kevin Castel, Paul G. Gardephe, John F. Keenan, Colleen McMahon, Louis L. Stanton, and Richard J. Sullivan; and Magistrate Judge Frank Maas.